# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUN 2 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Sky Gary Trammell<br><br>Defendant. | Case No.: SA ~~CR~~ 11-315m<br>          SA ~~CR~~ 11-320m ✓<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **D. Arizona**, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **backgrd info unverified; lack of bail resources; lack of employment; mental health issues; prior FTA conviction; alleged conduct in not complying w/supervision conditions**

1
2
3       and/or
4  B.   ( ) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7       finding is based on _____
8
9
10
11
12

13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

15
16  DATED: __6/24/11__
17                                          _____
                                            ROBERT N. BLOCK
18                                          UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28